UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 20 Mag. 9448 |
| DAVID KAUFMAN,<br>  a/k/a "David Khalifa,"<br>  a/k/a "John Morray," | : | |
|   a/k/a "Big Man," | : | |
| | : | |
| Defendant. | | |

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Jane Kim:

It is found that Complaint No. 20 Mag. 9448 (the "Complaint") in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the Complaint unsealed, it is therefore,

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       September 8, 2020

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK