DOCKET No. 20 MJ-9448                           DEFENDANT David Kaufman

AUSA Jane Kim                                   DEF.'S COUNSEL Jason Ser
                                                ☐ RETAINED  ☒ FEDERAL DEFENDERS  ☐ CJA  ☒ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                                ☐ DEFENDANT WAIVES PRETRIAL REPORT

☒ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST 9/4/20         ☐ VOL. SURR.
                                                          TIME OF ARREST 6 AM           ☐ ON WRIT
☐ Other: _____                                   TIME OF PRESENTMENT 2:56 pm

## BAIL DISPOSITION

                                                                                  ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE          ☒ DETENTION: ~~RISK OF FLIGHT~~/DANGER  ☒ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB   ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Initial presentment of David Kaufman. Defendant present by video (Skype) and telephone. AUSA Jane Kim appeared by telephone for the Government. Jason Ser (Federal Defenders) appeared by telephone for the Defendant for today's presentment. Defendant will seek to retain counsel. Jason Ser appointed for the purposes of presentment today and pending retention of a substitute counsel. The defendant was advised of the charges in the complaint. Vincent Adams from Pretrial appeared by telephone. Defendant to be detained without prejudice. Recorded by ATT Connect. 52 Minutes.(See transcript).

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY               ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                          ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED               ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 9/30/20          ☒ ON DEFENDANT'S CONSENT

DATE: 9/4/20                               _____
                                           UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.