UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

David Kaufman

                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-MJ-9448

Defendant David Kaufman in hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☒ Initial Appearance Before a Judicial Officer

- ☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐ Guilty Plea/Change of Plea Hearing

- ☐ Bail/Detention Hearing

- ☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ David Kaufman
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

David Kaufman
Print Defendant's Name

Defendant's Counsel's Signature

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/4/20
Date

U.S. District Judge/U.S. Magistrate Judge